**John DUDER, Relator,**

v.

**McGLYNN BAKERIES, INC. and General Insurance Company/Safeco, Respondents.**

No. A03–850.

Supreme Court of Minnesota.

Sept. 24, 2003.

David H. Bailly, David H. Bailly, Ltd., Minneapolis, MN, for Relator.

Richard C. Nelson, Joseph M. Nemo, III, Arthur, Chapman, Kettering, Smetak & Pikala, P.A., Minneapolis, MN, for Respondents.

#### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 11, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Alan C. Page
Associate Justice

GILBERT, J., took no part in the consideration or decision of this case.